# Court of Appeals
# of the State of Georgia

ATLANTA, February 27, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0242.  DARREN PETTY v. THE STATE.**

Darren Petty filed this application for discretionary appeal seeking review of the trial court's order denying his motion to withdraw his guilty plea. However, no application for appeal is required to appeal from the denial of a motion to withdraw a guilty plea. See *Murray v. State*, 265 Ga. App. 119, 120 (592 SE2d 898) (2004). This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, Petty's application is hereby GRANTED. Petty shall have ten (10) days from the date of this order to file a notice of appeal with the trial court, if he has not already done so. See OCGA § 5-6-35 (g). The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/27/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*